**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| LOUISE C. BRUCE | : | |
| | : | |
| DEBTOR | : | NO. 18- |

**CERTIFICATION REGARDING PAYMENT ADVICES PURSUANT TO 11 U.S.C. SECTION 521(a)(1)(B)(iv)**

I, Louise C. Bruce, debtor, affirm that I have not been employed within 60 days before the filing of the petition. Consequently, I do not have any payment advices received from any employer within 60 days before the date of the filing of the petition.

My income is derived solely from Social Security benefits in the amount of $1,002.00 per month (see attached statement).

My husband is employed. His payment advices for the 60-day period before the filing of the petition are attached hereto.

I hereby verify that the statements made above are true and correct to the best of my knowledge, information and belief and that these statements are made subject to the penalties of 18 Pa. C.S.A. Section 4904 relating to unsworn falsification to authorities.

Date: 9-25-18

Louise C. Bruce

*Social Security*



## Social Security Administration

DARRIN BRUCE
~~FOR~~
LOUISE C BRUCE
~~3000 HEATHERTON~~ DR
ASTON PA 19014-1719

Date: April 12, 2017
Claim Number: XXX-XX-4370A

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

### Information About Current Social Security Benefits

Beginning December 2016, the full monthly Social Security benefit before any deductions is $1,110.30.

We deduct $108.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $1,002.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the fourth Wednesday of each month.

### Information About Past Social Security Benefits

From December 2014 to November 2016, the full monthly Social Security benefit before any deductions was $1,107.00.

We deducted $104.90 for medical insurance premiums each month.

The regular monthly Social Security payment was $1,002.00.
(We must round down to the whole dollar.)

### Type of Social Security Benefit Information

You are entitled to monthly disability benefits.

### Date of Birth Information

The date of birth shown on our records is January 26, 1974.

### Medicare Information

You are entitled to hospital insurance under Medicare beginning August 2011.
You are entitled to medical insurance under Medicare beginning August 2011.

### Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

### If You Have Questions

00213
| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RJ / BH2 99935431 | 01/804 | 4006591 | 1 of 1 |

Light Action Inc
31 Blevins Dr Ste C
New Castle, DE 19720

## Earnings Statement

**ADP**

Period Starting: 07/08/2018
Period Ending: 07/21/2018
Pay Date: 07/25/2018

Taxable Marital Status: Married
Exemptions/Allowances:     Tax Override:
  Federal:  3              Federal:
  State:    3              State:
  Local:    0              Local:
Social Security Number: XXX-XX-XXXX

**Darrin F Bruce**
**3000 Hetherton Drive**
**Aston, PA 19014**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 16.2200 | 16.00 | 259.52 | 58043.36 |
| Regular | 32.4500 | 18.00 | 584.10 | |
| Regular | 324.5000 | 11.00 | 3569.50 | |
| Vacation | | | 0.00 | 778.56 |
| Holiday | | | 0.00 | 259.52 |
| **Gross Pay** | | | **$4,413.12** | **$59,081.44** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -300.82 | 3817.09 |
| Social Security | -227.04 | 2957.77 |
| Medicare | -53.10 | 691.74 |
| Delaware State Income | -166.15 | 2051.56 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *SIMPLE IRA % | -109.85 | 1431.12 |
| *Medical pre-tax 1 | -420.82 | 6312.30 |
| *AFLAC pre-tax | -90.33 | 1354.95 |
| *Dental pre-tax | -51.33 | 877.05 |
| *Life insurance pre-tax | -27.80 | 417.00 |
| *Vision pre-tax | -10.95 | 164.25 |
| AFLAC post-tax | -37.80 | 567.00 |
| Advance | 0.00 | 104.40 |
| *HSA CAF125 pre-tax $ | -150.00 | 2250.00 |

| Net Pay Adjustments | this period | year to date |
|---|---|---|
| *Mileage reimbursement | 0.00 | 187.20 |

| **Net Pay** | | **$2,767.13** |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| *SIMPLE IRA % employer | 109.85 | 1431.12 |
| Total Hours Worked | 45.00 | 775.75 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2974 | XXXXXXXXX | 2767.13 |
| XXXXXX7738 | XXXXXXXXX | 150.00 |

Your federal taxable wages this period are $3,552.04
* Excluded from Federal taxable wages

© 1998, 2006, ADP, LLC All Rights Reserved.
▼ TEAR HERE
COPY   COPY   COPY

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

Light Action Inc
31 Blevins Dr Ste C
New Castle, DE 19720

Pay Date: 07/25/2018

**THIS IS NOT A CHECK**   VOID

Deposited to the account
Checking DirectDeposit
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2974 | XXXXXXXXX | 2767.13 |
| XXXXXX7738 | XXXXXXXXX | 150.00 |

Darrin F Bruce
3000 Hetherton Drive
Aston, PA 19014

```
00683
Company Code      Loc/Dept    Number     Page
RJ / BH2 99935431  01/804    4022294    1 of 1
Light Action Inc
31 Blevins Dr Ste C
New Castle, DE 19720
```

## Earnings Statement

**ADP**

Period Starting: 07/22/2018
Period Ending: 08/04/2018
Pay Date: 08/08/2018

Taxable Marital Status: Married
Exemptions/Allowances:       Tax Override:
    Federal:    3                Federal:
    State:      3                State:
    Local:      0                Local:
Social Security Number: XXX-XX-XXXX

**Darrin F Bruce**
**3000 Hetherton Drive**
**Aston, PA 19014**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 16.2200 | 51.00 | 827.22 | 61878.70 |
| Regular | 19.4700 | 12.00 | 233.64 | |
| Regular | 32.4500 | 25.50 | 827.48 | |
| Regular | 324.5000 | 6.00 | 1947.00 | |
| Vacation | | | 0.00 | 778.56 |
| Holiday | 16.2200 | 8.00 | 129.76 | 389.28 |
| **Gross Pay** | | | **$3,965.10** | **$63,046.54** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -248.67 | 4065.76 |
| Social Security | -199.26 | 3157.03 |
| Medicare | -46.60 | 738.34 |
| Delaware State Income | -137.46 | 2189.02 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *SIMPLE IRA % | -96.41 | 1527.53 |
| *Medical pre-tax 1 | -420.82 | 6733.12 |
| *AFLAC pre-tax | -90.33 | 1445.28 |
| *Dental pre-tax | -51.33 | 928.38 |
| *Life insurance pre-tax | -27.80 | 444.80 |
| *Vision pre-tax | -10.95 | 175.20 |
| AFLAC post-tax | -37.80 | 604.80 |
| Advance | 0.00 | 104.40 |
| *HSA CAF125 pre-tax $ | -150.00 | 2400.00 |

| Net Pay Adjustments | this period | year to date |
|---|---|---|
| *Mileage reimbursement | 0.00 | 187.20 |

| **Net Pay** | | **$2,447.67** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| *SIMPLE IRA % employer | 96.41 | 1527.53 |
| Total Hours Worked | 94.50 | 870.25 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2974 | XXXXXXXXX | 2447.67 |
| XXXXXX7738 | XXXXXXXXX | 150.00 |

Your federal taxable wages this period are $3,117.46
* Excluded from Federal taxable wages

© 1998, 2006, ADP, LLC All Rights Reserved.

▼ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY. COLORED AREA MUST CHANGE NOT ONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM.

Light Action Inc
31 Blevins Dr Ste C
New Castle, DE 19720

Pay Date:    08/08/2018

COPY    COPY    VOID    THIS IS NOT A CHECK

Deposited to the account
Checking DirectDeposit
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2974 | XXXXXXXXX | 2447.67 |
| XXXXXX7738 | XXXXXXXXX | 150.00 |

Darrin F Bruce
3000 Hetherton Drive
Aston, PA 19014

```
00075
Company Code    Loc/Dept    Number    Page
RJ / BH2 99935431   01/804    4037957   1 of 1
Light Action Inc
31 Blevins Dr Ste C
New Castle, DE 19720
```

# Earnings Statement

**ADP**

Period Starting: 08/05/2018
Period Ending: 08/18/2018
Pay Date: 08/22/2018

Taxable Marital Status: Married
Exemptions/Allowances:    Tax Override:
  Federal: 3                Federal:
  State: 3                  State:
  Local: 0                  Local:
Social Security Number: XXX-XX-XXXX

Darrin F Bruce
3000 Hetherton Drive
Aston, PA 19014

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 16.2200 | 30.00 | 486.60 | 65587.59 |
| Regular | 19.4700 | 5.50 | 107.09 | |
| Regular | 32.4500 | 26.00 | 843.70 | |
| Regular | 324.5000 | 7.00 | 2271.50 | |
| Vacation | 16.2200 | 24.00 | 389.28 | 1167.84 |
| Holiday | | | 0.00 | 389.28 |
| **Gross Pay** | | | **$4,098.17** | **$67,144.71** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| *SIMPLE IRA % employer | 99.14 | 1626.67 |
| Total Hours Worked | 68.50 | 938.75 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2974 | XXXXXXXX | 2512.59 |
| XXXXXX7738 | XXXXXXXX | 150.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -259.27 | 4325.03 |
| Social Security | -204.90 | 3361.93 |
| Medicare | -47.92 | 786.26 |
| Delaware State Income | -143.29 | 2332.31 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *SIMPLE IRA % | -99.14 | 1626.67 |
| *Medical pre-tax 1 | -454.21 | 7187.33 |
| *AFLAC pre-tax | -90.33 | 1535.61 |
| *Dental pre-tax | -53.40 | 981.78 |
| *Life insurance pre-tax | -27.80 | 472.60 |
| *Vision pre-tax | -17.52 | 192.72 |
| AFLAC post-tax | -37.80 | 642.60 |
| Advance | 0.00 | 104.40 |
| *HSA CAF125 pre-tax $ | -150.00 | 2550.00 |

| Net Pay Adjustments | this period | year to date |
|---|---|---|
| *Mileage reimbursement | 0.00 | 187.20 |

| **Net Pay** | | **$2,512.59** |
|---|---|---|

Your federal taxable wages this period are: $3,205.77
* Excluded from Federal taxable wages

© 1998, 2006, ADP, LLC All Rights Reserved.

COPY   COPY
TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

VOID  VOID  VOID

Light Action Inc
31 Blevins Dr Ste C
New Castle, DE 19720

Pay Date: 08/22/2018

THIS IS NOT A CHECK

Deposited to the account
Checking DirectDeposit         account number    transit/ABA    amount
Checking DirectDeposit         XXXXXX2974        XXXXXXXX       2512.59
                               XXXXXX7738        XXXXXXXX       150.00

Darrin F Bruce
3000 Hetherton Drive
Aston, PA 19014

```
00387
Company Code       Loc/Dept    Number    Page
RJ / BH2 99935431  01/804      4054405   1 of 1
Light Action Inc
31 Blevins Dr Ste C
New Castle, DE 19720
```

# Earnings Statement

**ADP**

Period Starting: 08/19/2018
Period Ending: 09/01/2018
Pay Date: 09/05/2018

Taxable Marital Status: Married
Exemptions/Allowances:        Tax Override:
  Federal: 3                    Federal:
  State: 3                      State:
  Local: 0                      Local:
Social Security Number: XXX-XX-XXXX

**Darrin F Bruce**
**3000 Hetherton Drive**
**Aston, PA 19014**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 16.2200 | 11.50 | 186.53 | 68889.32 |
| Regular | 32.4500 | 16.00 | 519.20 | |
| Regular | 324.5000 | 8.00 | 2596.00 | |
| Vacation | 16.2200 | 32.00 | 519.04 | 1686.88 |
| Holiday | | | 0.00 | 389.28 |
| **Gross Pay** | | | **$3,820.77** | **$70,965.48** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -226.98 | 4552.01 |
| Social Security | -187.71 | 3549.64 |
| Medicare | -43.90 | 830.16 |
| Delaware State Income | -125.53 | 2457.84 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *SIMPLE IRA % | -90.82 | 1717.49 |
| *Medical pre-tax 1 | -454.21 | 7641.54 |
| *AFLAC pre-tax | -90.33 | 1625.94 |
| *Dental pre-tax | -53.40 | 1035.18 |
| *Life insurance pre-tax | -27.80 | 500.40 |
| *Vision pre-tax | -17.52 | 210.24 |
| AFLAC post-tax | -37.80 | 680.40 |
| Advance | 0.00 | 104.40 |
| *HSA CAF125 pre-tax $ | -150.00 | 2700.00 |

| Net Pay Adjustments | this period | year to date |
|---|---|---|
| *Mileage reimbursement | 0.00 | 187.20 |

| **Net Pay** | | **$2,314.77** |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| *SIMPLE IRA % employer | 90.82 | 1717.49 |
| Total Hours Worked | 35.50 | 974.25 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2974 | XXXXXXXXX | 2314.77 |
| XXXXXX7738 | XXXXXXXXX | 150.00 |

Your federal taxable wages this period are: $2,936.69
* Excluded from Federal taxable wages

© 1998, 2006, ADP, LLC All Rights Reserved.

▼ TEAR HERE

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

Light Action Inc
31 Blevins Dr Ste C
New Castle, DE 19720

Pay Date:    09/05/2018

**THIS IS NOT A CHECK**

Deposited to the account

| | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2974 | XXXXXXXXX | 2314.77 |
| Checking DirectDeposit | XXXXXX7738 | XXXXXXXXX | 150.00 |

Darrin F Bruce
3000 Hetherton Drive
Aston, PA 19014