**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-16185-MDC |
| Louise C. Bruce a/k/a Louise Collins-Bruce | : Chapter 13 |
| Debtor | : |
| | : |
| U.S. Bank National Association, not in its | : |
| individual capacity but solely as trustee for the | : |
| RMAC Trust, Series 2016-CTT c/o Rushmore | : |
| Loan Management Services | : |
| Movant | : |
| vs. | : |
| | : |
| Louise C. Bruce a/k/a Louise Collins-Bruce | : |
| Debtor/Respondent | : |
| and | : |
| William C. Miller, Esquire | : |
| Trustee/Respondent | : |

**OBJECTION TO CONFIRMATION OF THE PLAN**

Movant, U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management Services ("Movant"), by its attorneys, Hladik, Onorato & Federman, LLP, objects to confirmation of the Chapter 13 Plan of Debtor, Louise C. Bruce a/k/a Louise Collins-Bruce ("Debtor"), as follows:

1. As of the bankruptcy filing date of September 18, 2018, Movant holds a secured Claim against the Debtor's property located at 3000 Hetherton Drive, Aston, PA 19014.

2. Movant is in the process of filing a Proof of Claim by the 11/27/2018 bar date, with an estimated secured claim in the amount of $304,125.34, and estimated pre-petition arrears in the amount of $69,976.56.

3. The Plan currently proposes payment to Movant in the amount of $61,715.73 for pre-petition arrears.

4. The Plan fails to cure the delinquency pursuant to 11 U.S.C. § 1322(b)(5).

5. The Plan violates of 11 USC § 1325(a)(5)(B)(ii) by not providing for Movant to receive the full value of its claim.

6.      Movant objects to the feasibility of the Plan under 11 U.S.C. § 1325(a)(6). The Plan proposed by Debtor is not feasible.  Movant requests that the bankruptcy case either be converted to a Chapter 7 or be dismissed pursuant to 11 U.S.C. § 1307.


WHEREFORE, Movant respectfully requests that this Honorable Court deny confirmation of the Debtor's Chaper 13 Plan.

Respectfully submitted,


Dated: 10/24/2018

s/Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Attorney I.D. # 81747
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521/Fax 215-855-9121
debersole@hoflawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-16185-MDC |
| Louise C. Bruce a/k/a Louise Collins-Bruce | : Chapter 13 |
| Debtor | : |
| | : |
| U.S. Bank National Association, not in its | : |
| individual capacity but solely as trustee for the | : |
| RMAC Trust, Series 2016-CTT c/o Rushmore | : |
| Loan Management Services | : |
| Movant | : |
| vs. | : |
| | : |
| Louise C. Bruce a/k/a Louise Collins-Bruce | : |
| Debtor/Respondent | : |
| and | : |
| William C. Miller, Esquire | : |
| Trustee/Respondent | : |

**CERTIFICATE OF MAILING OF OBJECTION TO THE PROPOSED
PLAN TO PARTIES IN INTEREST**

     I, Danielle Boyle-Ebersole, Esquire, attorney for U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management Services ("Movant"), certify that I served a copy of the attached Objection to the Plan to the parties below on **10/24/2018**:

David B. Spitofsky, Esquire
Via ECF
*Attorney for Debtors*

William C. Miller, Esquire
Via ECF
*Trustee*

Louise C. Bruce a/k/a Louise Collins-Bruce
3000 Hetherton D rive
Aston, PA 19014
Via First Class Mail
*Debtors*

Date: 10/24/2018

Respectfully Submitted,
s/Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Attorney I.D. # 81747
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521/Fax 215-855-9121
debersole@hoflawgroup.com