# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                      Chapter 13

                                       Bankruptcy No. 18-16185-MDC

LOUISE C BRUCE

3000 HETHERTON DRIVE

ASTON, PA 19014

        Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    LOUISE C BRUCE

    3000 HETHERTON DRIVE

    ASTON, PA 19014

**Counsel for debtor(s), by electronic notice only.**
    DAVID B. SPITOFSKY ESQUIRE
    LAW OFFICES OF DAVID SPITOFSKY
    516 SWEDE ST
    NORRISTOWN, PA 19401-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                      /s/ William C. Miller

Date: 12/10/2018

                                _____

                                William C. Miller, Esquire
                                Chapter 13 Standing Trustee