## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-16185-mdc |
| Louise C. Bruce a/k/a Louise Collins-Bruce | : Chapter 13 |
| Debtor | : |
| U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management Services | : : : |
| Movant | : |
| vs. | : |
| | : |
| Louise C. Bruce a/k/a Louise Collins-Bruce and Darrin F Bruce (Non-filing Co-Debtor) | : : |
| Debtor/Respondents | : |
| and | : |
| William C. Miller, Esquire | : |
| Trustee/Respondent | : |

### CERTIFICATION OF NO ANSWER OR RESPONSE
### TO MOTION FOR RELIEF FROM STAY

I, Danielle Boyle-Ebersole, counsel for U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management Services ("Movant"), hereby certify that no answer, objection, or other response to the Motion of Movant for Relief from Stay has been filed with the Court or served upon undersigned counsel.

WHEREFORE, Movant prays this Honorable Court to grant the relief requested in the Motion.

Date: 08/26/2019

/s/Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 81747
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Fax: 215-855-9121
Email: debersole@hoflawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-16185-mdc |
| Louise C. Bruce a/k/a Louise Collins-Bruce | : Chapter 13 |
|     Debtor | : |
| U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management Services | : |
|     Movant | : |
| vs. | : |
| Louise C. Bruce a/k/a Louise Collins-Bruce and Darrin F Bruce (Non-filing Co-Debtor) | : |
|     Debtor/Respondents | : |
| and | : |
| William C. Miller, Esquire | : |
|     Trustee/Respondent | : |

**CERTIFICATE OF SERVICE OF**
**CERTIFICATION OF NO ANSWER OR RESPONSE**

    I, Danielle Boyle-Ebersole, certify under penalty of perjury that I served the above captioned pleading, Certification of No Answer of Response to Motion for Relief, on the parties at the addresses shown on 08/26/2019.

The types of service made on the parties were: <u>Electronic Notification and/ or First-Class Mail,</u> as noted below:

David B. Spitofsky, Esquire
Via Electronic Filing
*Attorney for Debtor*

William C. Miller, Esquire
Via Electronic Filing
*Trustee*

Louise C. Bruce
Darrin F Bruce
3000 Hetherton Drive
Aston, PA 19014
Via First Class Mail
*Debtor and Non-Filing Co-Debtor*

Dated: 08/26/219

/s/Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 81747
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Fax 215-855-9121
debersole@hoflawgroup.com