## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-16185-mdc |
| Louise C. Bruce a/k/a Louise Collins-Bruce | : Chapter 13 |
| Debtor | : |
| U.S. Bank National Association, not in its | : |
| individual capacity but solely as trustee for the | : |
| RMAC Trust, Series 2016-CTT c/o Rushmore | : |
| Loan Management Services | : |
| Movant | : |
| vs. | : |
| | : |
| Louise C. Bruce a/k/a Louise Collins-Bruce | : |
| and Darrin F Bruce (Non-filing Co-Debtor) | : |
| Debtor/Respondents | : |
| and | : |
| William C. Miller, Esquire | : |
| Trustee/Respondent | : |

## ORDER

AND NOW, this *27th* day of ___*August*___, 2019, upon the Motion of Movant, U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management Services, it is hereby:

ORDERED THAT: the Motion is granted as to Movant and its successors, if any, and the Automatic Stay and Co-Debtor Stay of all proceedings, as provided under 11 U.S.C. § 362 and § 1301 of the Bankruptcy Code is modified and lifted with respect to the premises, 3000 Hetherton Drive, Aston, PA 19014. *In rem relief only.*

_____
Honorable Magdeline D. Coleman
Chief U.S. Bankruptcy Judge