United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-16185-mdc
Louise C. Bruce                                                         Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi    Page 1 of 1    Date Rcvd: Aug 27, 2019
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2019.
14198916       +Darrin F. Bruce,   3000 Hetherton Drive,   Aston, PA 19014-1719

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2019 at the address(es) listed below:
      DANIELLE BOYLE-EBERSOLE   on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management Services debersole@hoflawgroup.com, pfranz@hoflawgroup.com
      DAVID B. SPITOFSKY    on behalf of Debtor Louise C. Bruce spitofskybk@verizon.net, spitofskylaw@verizon.net
      KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                           TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-16185-mdc |
| Louise C. Bruce a/k/a Louise Collins-Bruce | : Chapter 13 |
|     Debtor | : |
| U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management Services | : |
|     Movant | : |
| vs. | : |
| | : |
| Louise C. Bruce a/k/a Louise Collins-Bruce and Darrin F Bruce (Non-filing Co-Debtor) | : |
|     Debtor/Respondents | : |
| and | : |
| William C. Miller, Esquire | : |
|     Trustee/Respondent | : |

### ORDER

AND NOW, this 27th day of August, 2019, upon the Motion of Movant, U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management Services, it is hereby:

ORDERED THAT: the Motion is granted as to Movant and its successors, if any, and the Automatic Stay and Co-Debtor Stay of all proceedings, as provided under 11 U.S.C. § 362 and § 1301 of the Bankruptcy Code is modified and lifted with respect to the premises, 3000 Hetherton Drive, Aston, PA 19014. In rem relief only.

_____
Honorable Magdeline D. Coleman
Chief U.S. Bankruptcy Judge