```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                          Case No. 18-16185-mdc
Louise C. Bruce                                                 Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2           User: Randi                  Page 1 of 2             Date Rcvd: Oct 31, 2019
                               Form ID: pdf900              Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2019.
db             +Louise C. Bruce,    3000 Hetherton Drive,    Aston, PA 19014-1719
14198911       +Aston Dental Care,    2901 Duttons Mill Road,    Suite 130,    Aston, PA 19014-2849
14229507        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14198915       +Crozer-Keystone Health System,    P.O. Box 9800,    Coral Springs, FL 33075-0800
14198916       +Darrin F. Bruce,    3000 Hetherton Drive,    Aston, PA 19014-1719
14198908       +David B. Spitofsky, Esquire,    Law Office of David B. Spitofsky,    516 Swede Street,
                 Norristown, PA 19401-4807
14198917       +Emergency Physicians,    P.O. Box 8500-13973,    Philadelphia, PA 19178-0001
14198918        HAN Emergency Physicians,    P.O. Box 8500-13973,    Philadelphia, PA 19178-3973
14198919        I.C. Systems Collections,    P.O. Box 64378,    Saint Paul, MN 55164-0378
14198920       +KML Law Group, P.C.,    Suite 5000 Mellon Indep. Ctr.,    701 Market Street,
                 Philadelphia, PA 19106-1538
14229510        Kohl's,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14198922       +Opthalmic Surgical Associates Inc.,    30 Medical Center Boulevard,    Suite 104,
                 Chester, PA 19013-3955
14203503       +PNC BANK NATIONAL ASSOCIATION,    C/O KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,
                 701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14198923       +Providence Medical Associates Inc.,    2901 Duttons Mill Road,    Suite 110,
                 Aston, PA 19014-2850
14198924       +Rushmore Loan Management Services,    P.O. Box 52708,    Irvine, CA 92619-2708
14198925       +Southeast Radiology, Ltd.,    P.O. Box 3247,    Evansville, IN 47731-3247
14198926       +The Bureaus,    650 Dundee Road,    Suite 370,    Northbrook, IL 60062-2757
14220050       +U.S. Bank N.A., et al.,    c/o Rushmore Loan Management Services,    P.O. Box 55004,
                 Irvine, CA 92619-5004
14198927       +Virtuox Inc Lab 2,    P.O. Box 742638,    Cincinnati, OH 45274-2638

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Nov 01 2019 03:15:13      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 01 2019 03:15:03      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14226289       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 01 2019 03:28:29
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
14216261        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 01 2019 03:17:01
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14198912        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 01 2019 03:17:00
                 Capital One Bank USA, N.A.,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
14198913       +E-mail/Text: kellyp@ccpdocs.com Nov 01 2019 03:15:27      Cardiology Consultants PH,
                 207 N. Broad Street, 3rd Floor,    Philadelphia, PA 19107-1500
14198914       +E-mail/PDF: creditonebknotifications@resurgent.com Nov 01 2019 03:16:33      Credit One Bank,
                 P.O. Box 98872,    Las Vegas, NV 89193-8872
14198910       +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Nov 01 2019 03:14:53      Frederic J. Baker, Esquire,
                 Office of U.S. Trustee,    833 Chestnut Street, Suite 500,    Philadelphia, PA 19107-4405
14198921       +E-mail/Text: bncnotices@becket-lee.com Nov 01 2019 03:14:25      Kohl's,    P.O. Box 3115,
                 Milwaukee, WI 53201-3115
14235217        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 01 2019 03:16:36      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14208563        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 01 2019 03:14:43
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14201665       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 01 2019 03:16:47      The Bureaus,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
cr*             Kohl's,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern, PA  19355-0701
cr*            +The Bureaus, Inc.,    c/o PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14198909*      +Louise C. Bruce,    3000 Hetherton Drive,    Aston, PA 19014-1719
                                                                                            TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0313-2          User: Randi                 Page 2 of 2                   Date Rcvd: Oct 31, 2019
                              Form ID: pdf900             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2019                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2019 at the address(es) listed below:
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan
               Management Services debersole@hoflawgroup.com,   pfranz@hoflawgroup.com
              DAVID B. SPITOFSKY    on behalf of Debtor Louise C. Bruce spitofskybk@verizon.net,
               spitofskylaw@verizon.net
              KEVIN G. MCDONALD    on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 5
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          Chapter 13
LOUISE C BRUCE

             Debtor                    Bankruptcy No. 18-16185-MDC

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

October 31, 2019

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID B. SPITOFSKY ESQUIRE
LAW OFFICES OF DAVID SPITOFSKY
516 SWEDE ST
NORRISTOWN, PA 19401-

Debtor:
LOUISE C BRUCE

3000 HETHERTON DRIVE

ASTON, PA 19014